UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61110-CIV-ALTMAN/Hunt

**CARLY BITTLINGMEYER**,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

**ADCS CLINICS, LLC**,

      Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, filed on July 25, 2019 ("Joint Stipulation") [ECF No. 11]. The parties seek a voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As a result, the parties' voluntary dismissal with prejudice is self-executing.

The Court hereby **ORDERS** that the above-styled case be **DISMISSED with prejudice**. The Clerk of Court shall **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of July 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record